**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  :  No. 49 EAL 2024
:
Respondent  :
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.  :
:
:
TANIKA WASHINGTON,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

 **AND NOW**, this 13th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.